STATE OF NEW JERSEY v. WILLIE WILLIAMS.

May 13, 1980.

Petition for certification denied.

FRANKLIN PACKAGING COMPANY v. CALIFORNIA UNION
INSURANCE COMPANY.

May 13, 1980.

Petition for certification denied.   (See 171 *N.J.Super.* 188)

STATE OF NEW JERSEY v. JOSEPH KALLINGER.

May 13, 1980.

Petitions for certification denied.